UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-265-DLF |
| **GLENN WILLIAMS** | : | |

## MOTION TO CONTINUE HEARING

Glenn Williams, through undersigned counsel, respectfully requests this Honorable Court continue the status hearing set for October 2, 2025. The parties last appeared before this Court on September 10, 2025. Since then, the parties have begun discussing a resolution short of trial. The parties therefore request a continuance of approximately 45 days to continue engaging in negotiations. Mr. Williams does not object to tolling under the Speedy Trial Act.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

　　/s/
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500